FILED

AUG 16 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMELIA MAE HOUSE SEESTHEGROUND,<br><br>Defendant. | CR 15-88-BLG-SPW<br><br>ORDER |

Before the Court is Defendant Amelia Seestheground's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines. Since the Defendant was sentenced after the Sentencing Commission enacted Amendment 782, she is not eligible for a reduction.

Amendment 782 reduced the base offense levels for certain drug crimes by two levels. The amendment became effective on November 1, 2014. *See* U.S.S.G., Supp. To Appendix C, Amendment 782. The Defendant was sentenced on March 1, 2016. Accordingly, the base offense levels found at U.S.S.G. § 2D1.1(c) had already been lowered by the time the Defendant was sentenced. In other words, the Defendant has already benefited from the two-level reduction.

1

Motions to reconsider will not be entertained. *See* D. Mont. L.R. CR 47; *cf.* L.R. 7.3(b). If the Defendant believes the reduction should apply, the only recourse is to appeal this decision.

Accordingly, IT IS HEREBY ORDERED that the Defendant's motion to reduce the sentence based on Amendment 782 (Doc. 37) is DENIED.

DATED this 16th day of August, 2016.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge