# UNITED STATES DISTRICT COURT
## for the
District of Montana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| AMELIA MAE HOUSE SEESTHEGROUND | )    Case No:   CR 15-88-BLG-SPW |
| | )    USM No:   13861-046 |
| Date of Original Judgment:    03/01/2016 | ) |
| Date of Previous Amended Judgment: | )   None |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.    ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____03/01/2016____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: ____08/16/2016____

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Susan P. Watters, District Judge
*Printed name and title*