FILED

OCT 19 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMELIA MAE HOUSE SEESTHEGROUND,<br><br>Defendant. | CR 15-88-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, AMELIA MAE HOUSE SEESTHEGROUND is hereby released from the custody of the U.S. Marshals Service.

DATED this 24th day of October, 2019.

SUSAN P. WATTERS
United States District Judge

1